**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1865

BETTY GIST,

Plaintiff - Appellant,

versus

THE DURACELL INCORPORATED MANAGED DISABILITY
PLAN,

Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Columba.  Joseph F. Anderson, Jr., Chief
District Judge.  (CA-04-882-0-JFA)

Submitted:  December 22, 2005      Decided:  December 28, 2005

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Betty Gist, Appellant Pro Se. Bernie Wellington Ellis, MCNAIR LAW
FIRM, PA, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Betty Gist appeals the district court's order dismissing her action seeking long term disability benefits under the Employee Retirement Income Security Act.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Gist v. Duracell Inc. Managed Disability Plan, No. CA-04-882-0-JFA (D.S.C. filed July 7, 2005 & entered July 13, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED